■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ROBINSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Alfano, J.), rendered December 3, 1984, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's remaining contention regarding the propriety of his sentence is without merit *(see, People v Suitte,* 90 AD2d 80). Kooper, J. P., Spatt, Harwood and Rosenblatt, JJ., concur.